**Order entered May 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00335-CV

## IN RE HOPE CHARITIES, INC., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 18-13404**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/      DAVID L. BRIDGES
JUSTICE